Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)*: _____ Chapter 11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: Black Rock Mining, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 83-2718404

4. **Debtor's address**:

   **Principal place of business**
   2787 Rosewood Blvd.
   Boron, CA 93516
   *Number, Street, City, State & ZIP Code*

   Kern
   *County*

   **Mailing address, if different from principal place of business**
   *P.O. Box, Number, Street, City, State & ZIP Code*

   **Location of principal assets, if different from principal place of business**
   *Number, Street, City, State & ZIP Code*

5. **Debtor's website (URL)**: _____

6. **Type of debtor**:
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Black Rock Mining, LLC**　　　　　　　　　　　　　Case number (if known) _____
　　　　Name

7. Describe debtor's business　A. Check one:
　　　　　　　　　　　　　　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　　　　　　　　　　　　　　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　　　　　　　　　　　　　　　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　　　　　　　　　　　　　　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　　　　　　　　　　　　　　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　　　　　　　　　　　　　　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　　　　　　　　　　　　　　　■ None of the above

　　　　　　　　　　　　　　　B. Check all that apply
　　　　　　　　　　　　　　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　　　　　　　　　　　　　　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　　　　　　　　　　　　　　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　　　　　　　　　　　　　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
　　　　　　　　　　　　　　　　　http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　　　　　　　　　　　　　　　　__21__

8. Under which chapter of the　Check one:
   Bankruptcy Code is the　　☐ Chapter 7
   debtor filing?　　　　　　☐ Chapter 9
   　　　　　　　　　　　　　■ Chapter 11. Check all that apply:
   　　　　　　　　　　　　　　　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
   　　　　　　　　　　　　　　　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　　　　　　　　　　　　　　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   　　　　　　　　　　　　　　　　☐ A plan is being filed with this petition.
   　　　　　　　　　　　　　　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　　　　　　　　　　　　　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　　　　　　　　　　　　　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   　　　　　　　　　　　　　☐ Chapter 12

9. Were prior bankruptcy　　■ No.
   cases filed by or against　☐ Yes.
   the debtor within the last 8
   years?
   If more than 2 cases, attach a
   separate list.　　　　　　　District _____　When _____　Case number _____
   　　　　　　　　　　　　　District _____　When _____　Case number _____

10. Are any bankruptcy cases　■ No
    pending or being filed by a　☐ Yes.
    business partner or an
    affiliate of the debtor?

| Debtor | **Black Rock Mining, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor _____ District _____ | When _____ | Relationship _____ Case number, if known _____ |

**11. Why is the case filed in this district?**   Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property?
_____ Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   Check one:

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Black Rock Mining, LLC**
Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/28/2025
MM / DD / YYYY

X /s/ _____
Signature of authorized representative of debtor

Kevin Schweizer
Printed name

Title  **Manager**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  02/28/2025
MM / DD / YYYY

Stephen R. Wade
Printed name

the Law Offices of Stephen R. Wade
Firm name

5150 E. Pacific Coast Hwy.
Ste, 210
Long Beach, CA 90804
Number, Street, City, State & ZIP Code

Contact phone  (909) 575-7597     Email address  srw@srwadelaw.com

79219 CA
Bar number and State